AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LUKE ORVILLE HEIDEN, <br> *Plaintiff* <br> v. <br> COMMANDOR J. LAW, LT. S. SOUZA, SGT. C. SEINER, C/O MILLER, C/O R.JOHNSON, C/O RENDALL, C/O COMBS, SGT BELL and C/O DRASKOVICH, <br> *Defendant* | Civil Action No. 13-CV-5138-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Complaint, ECF No. 7, is DISMISSED without prejudice for failure to notify the District Court Executive or Court regard a change of address.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: April 29, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia